# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:21-cr-00394 |
| | ) | |
| Plaintiff | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT A. HERMANSEN | ) | |
| | ) | **UNOPPOSED MOTION** |
| Defendant | ) | **TO CONTINUE** |
| | ) | |

Now comes the Defendant, by and through counsel, and respectfully asks that the pretrial set for February 7, 2022 be continued. Counsel and AUSA have been in communication and expect this matter to resolve without the need for a trial but are not yet prepared for a final pretrial as additional discovery materials need to be exchanged and reviewed. The instant motion for a short continuance is unopposed. This request is not being made with an intent for unnecessary delay.

WHEREFORE, it is respectfully requested that the final pretrial be continued to a later date convenient to this court.

Respectfully submitted,

/s/ Marcus Sidoti_____
MARCUS SIDOTI, 0077476
Friedman, Gilbert + Gerhardstein
50 Public Square, Ste. 1900
Cleveland, Ohio 44113
(216) 241-1430
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Marcus Sidoti*
                                        MARCUS SIDOTI
                                        *Attorney for Defendant*